# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CATHERINE SANDOVAL,<br><br>    Plaintiff,<br><br>v.<br><br>HARTFORD UNDERWRITERS<br>INSURANCE COMPANY,<br><br>    Defendant. | Case No. 2:10-CV-01798-KJD-RJJ<br><br>**ORDER** |

On July 14, 2011, the Court granted Defendant's motion to dismiss Plaintiff's second and third claims for relief for failure to state a claim and the resulting claim for punitive damages. However, the Court granted Plaintiff leave to file a second amended complaint asserting facts that state a claim for relief. Though the time for doing so has passed, Plaintiff has failed to file an amended complaint. Accordingly, Plaintiff's second and third claims for relief and the resulting claim for punitive damages are dismissed.

**IT IS SO ORDERED.**

DATED this 8th day of August 2011.

_____
Kent J. Dawson
United States District Judge